UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-223(2) MJD/AJB |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE LUIS ESPINOZA, | |
| Defendant. | |

Omar Atiq Syed, Esq., and Michael Cheever, Assistant United States Attorneys, for the plaintiff, United States of America;

Michael C. Davis, Esq., for defendant, Jose Luis Espinoza.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 21, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Jose Luis Espinoza's Motion to Suppress Statement is **denied** [Docket No. 31].

Dated: 9-25-06

Michael J. Davis
United States District Court Judge

SCANNED
SEP 26 2006